A. D. WALKER AND CLARENCE DAVIS, *Plaintiffs in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

En Banc.

Decision Filed June 13, 1925.

A Writ of Error to the Criminal Court of Record for Hillsborough County; Lee J. Gibson, Judge.

*W. S. McCoy,* for Plaintiffs in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant Attorney General, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and arguments of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judg-

ment of the Criminal Court of Record be, and the same is hereby, affirmed.

WEST, C. J., AND WHITFIELD, ELLIS, TERRELL AND STRUM, J. J., concur.